No. 7,594.—SAMUEL H. SHELTON, Respondent, v. D. J. FULLER et al., Appellants.

Decided November 4, 1937.

618

PER CURIAM.—This cause this day coming on for hearing, counsel stated that the cause had been fully settled, and stipulated that the appeal herein be dismissed; it is so ordered.

*Mr. R. F. Gaines,* for Appellants.

*Mr. H. L. Maury, Mr. A. G. Shone* and *Mr. M. M. Duncan,* for Respondent.